JAMES E. HARPER
Nevada Bar No.: 9822
TAYLOR G. SELIM
Nevada Bar No.: 12091
**HARPER LAW GROUP**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Ph.:   (702) 948-9240
Fax:   (702) 778-6600
E-Mail:   eservice@harperlawlv.com
*Attorney for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>        Defendants. | CASE NO.:   2:16-cv-00028-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, GABRIEL GARCIA, by and through his counsel of record, CHRISTENSEN LAW OFFICES, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER LAW

/ / /

GROUP, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 17th day of October 2016.    DATED this 17 day of October 2016.

CHRISTENSEN LAW OFFICES    HARPER LAW GROUP

_____#13846_____    _____
Thomas Christensen, Esq.    Taylor G. Selim, Esq.
Nevada Bar No. 2326    Nevada Bar No. 12091
1000 S. Valley View Boulevard    1707 Village Center Circle, Suite 140
Las Vegas, NV 89107    Las Vegas, NV 89134
*Attorneys for Plaintiffs*    *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of the Court is instructed to close this case.

Dated: October 18, 2016.

_____
UNITED STATES DISTRICT JUDGE